IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-10-11-D |
| | ) | |
| WALLACE LAVERNE LAWRENCE, III, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The Court has received a *pro se* filing by Defendant Wallace Laverne Lawrence, III entitled "Motion for Return of Personal Property" [Doc. No. 145]. Mr. Lawrence has legal representation in this case, in which he is awaiting sentencing following a jury trial and a guilty verdict.

The issue of Mr. Lawrence's representation has been the subject of two hearings. He is currently represented by appointed counsel, William H. Campbell, who ably represented him at trial. Accordingly, the Court finds no need for Mr. Lawrence personally to make written submissions to the Court. He has no right to hybrid representation in which he both represents himself and is represented by counsel. *See United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975); *see also United States v. Chavis*, 461 F.3d 1201, 1205-06 (10th Cir. 2006); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995). Although a trial court has discretion to permit such representation in a particular case, the Court declines to exercise such discretion here.

IT IS THEREFORE ORDERED that Mr. Lawrence's *pro se* filing [Doc. No. 145] is stricken from the record and will not be considered. A sentencing hearing will be set after the Court is notified of the completion of the presentence report.

IT IS FURTHER ORDERED that the government's Motion to Strike Defendant's Pro Se Motion [Doc. No. 146] is denied as moot.

IT IS SO ORDERED this 9th day of June, 2010.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE